{ QUEEN LOVES QUIET RIOT AND CELINE DION
{ PAGE NUMBER SEVENTEEN #17    OR EIGHTEEN #18    PAGES } #Q17

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # COUNSELOR MS. LINDA KEMP AND LIEUTENANT MR. L. SAVAGE.
4.- I AM THE PLAINTIFF UNDER 28 USC 1915 I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT
5.- ARE YOU INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 290 2ND. ST., WILMINGTON DE., 19805, OR AT PETRUCON, 100 N. CLEVELAND AVE., WILMINGTON DE., 19805.
10.- MONTHLY SALARY RECEIVED # $1,600 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $1,600 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 08/13/2008
19.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER PLEASE CONSIDER MY MEDICAL AND PHYSICAL CONDITION I REALLY NEED MY WHEELCHAIR, AS YOU KNOW IT TOO THAT I AM NOT FAKING TO BE DISABLED, HURT, BROKEN, FRACTURED AND DAMAGED OF SOME PARTS OF MY BODY LIKE THE MAN FROM CANADA WHOM IS ON CELL LOWER ONE, WHOM WAS FIRST UPSTAIRS ON OTHER CELL AND USED TO FAKE THAT HE CANNOT WALK, AND THEY WRITE HIM UP AND SEND HIM TO OTHER WING AND BRING HIM BACK, AND HE FORGET SOMETIMES TO FAKE THAT HE CANNOT MOVE AN EXCESSIVE ON THE BAR LIFTING HIS WEIGHT AND RUN ON THE COURTYARD, SO PLEASE HONORABLE MASTER TO AT LEAST HELP ME TO OBTAIN MY WHEELCHAIR THAT THEY TOOK FROM ME ON 04/23/2006, THREE DAYS AFTER MR. SCOTT HAROLD ATTEMPTED TO KILL ME ON 04/20/2006 AS YOU KNOW IT TOO ALL ABOUT IT.
{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

AUGUST THIRTEEN                      OF 2008
ROY ORBISON LOVES THE UNFORGIVEN ONE AND THE UNFORGIVEN TWO
PAGE NUMBER EIGHTEEN # 18     OF EIGHTEEN # 18  PAGES   # R 18

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
MOTION TO PROCEED IN FORMA PAUPERIS

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # COUNSELOR MS. LINDA KEMP AND LIEUTENANT MR. L. SAVAGE.
4.- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW EM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # R/C ANOTHER CIVIL RIGHTS COMPLAINT.
5.- SIGNATURE # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7.- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 08/13/2008 AUGUST 13 OF 2008
8.- TO # U.S. DISTRICT COURT.
9.- NAME # U.S. DISTRICT COURT.
10.- ADDRESS # 844 NORTH, KING ST. LOCKBOX # 18, WILMINGTON DE., 19801.
11.- WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY, THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT FORMS AND LETTERS FROM YOU, WASHINGTON D.C., DELAWARE, PENSILVANIA AND FOR MAIL OF THIS CRIMINAL ORGANIZATION.
12.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AN CORRECT.
13.- DATE # 08/13/2008
14.- SIGNATURE # IVAN MENDEZ

P.S. HONORABLE MASTER I HAVE ~~███~~ OBTAINED A TELEVISION ON 08/10/2008, IS ONE OF THE SAME TELEVISIONS LIKE THE ONES THAT THEY GAVE NEW ALONG WITH MATTRESSES ON THIS BU G ON YEAR 2006. THEY ARE NOT OLD TELEVISIONS LIKE THE TELEVISION THAT MR. CHARLES BINSON BROKE IT ON MY CELL OVER AT S.N.U. BLDG. # 21 OR LIKE THE OLD TELEVISION THAT JONES BROKE ~~███~~ IT ON MY CELL TOO OVER AT SAME BUILDING ON THE SAME CELL AND THE STAFF WORKERS BLAMED ME AND SEND ME TO D.P.C. DELAWARE PSYCHIATRIC CENT AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO HOW THE STAFF WORKERS OF THAT SAME BUILDING BLAMED AND CHARGED OF ASSAULT ONE CORRECTIONS OFFICER AFTER TH INMATE ME IVAN DOE ASSAULTED HIM, NOT BEFORE EARLIER ASSAULTED TWO CORRECTIONS FFCRS AT CHOW HALL AND MYSELF AGAIN, AS YOU KNOW IT TOO ALL ABOUT IT.
{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

INMATE REQUEST FOR CERTIFIED TRUST FUND ACCOUNT STATEMENT FOR PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON,
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE., 19977

DATE # 08/13/2008

FROM # IVAN MENDEZ
(INMATE NAME #)

453351
S.B.I. #

——— I HEREBY CERTIFY ———

PURSUANT TO 28 USC 1915 (A), (2), I AM REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE #

28 USC 1746 AND 18 USC 1621

{ PAGE NUMBER EIGHTEEN }