AUGUST - FIFTEEN / 2008                                                                 08 / 15 / 2008
{ PHILL COLLINS LOVE, THE CARS AND HELEN HUNT
 PAGE NUMBER SIXTEEN #16      OF EIGHTEEN #18    PAGES }   # P 16

                                                                              08 - 52
U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILING A
COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # COUNSELOR MS. LINDA KEMP AND LIEUTENANT MR. L. SAVAGE
4.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO #42 USC 1983
5.- PLAINTIFF # IVAN MENDEZ
6.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE., 19977.
7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # AS YOU KNOW IT TOO THIS INFORMATION, AND IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY DIFFERENT LEGAL FORMS AND LETTERS AGAINST OTHER PARTIES MEMBERS OF THIS CRIMINAL ORGANIZATION, FROM YOU, WASHINGTON D.C., DELAWARE, PENSYLVANIA AND FROM ALL OF THIS CRIMINAL ORGANIZATION AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
8.- IS THERE A PRISONER GRIEVANCE # YES
9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # ONLY AGAINST ████ OTHER MEMBERS OF THIS CRIMINAL ORGANIZATION, AS YOU KNOW IT TOO ALL ABOUT IT.
10.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
11.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS TOO, SAME AS YOU KNOW IT TOO THAT THE GRIEVANCE CHAIR PERSONS ARE MEMBERS OF THIS CRIMINAL ORGANIZATION TOO, SAME AS YOU KNOW IT TOO THAT THEY HAVE TOO SEND IT PEOPLE TO ACCOMPLISH THIS NASTY SET UP CONSPIRACY AND WIDELY SPREAD IT PLOT TO KILL ME FROM GANDER HILL PRISON, FROM S.C.I. PRISON, FROM D.P.C. STATE HOSPITAL AND FROM HERE AT DELAWARE CORRECTIONAL CENTER TOO, AS YOU KNOW IT TOO ALL ABOUT IT.
12.- NAME OF DEFENDANTS # AS YOU KNOW IT TOO THE NAMES OF THE OTHER PARTIES MEMBERS OF THIS CRIMINAL ORGANIZATION TOO.
13.- EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS.
14.- ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES.
15.- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE MASTER, ON AUGUST FIRST 2008, 08/01/2008, THE HONORABLE COUNSELOR MS. LINDA KEMP, AND THE HONORABLE LIEUTENANT MR. L. SAVAGE CAME TO SEE ME AT MY CELL AND TOLD ME THAT I GOT TEN POINTS AND TOLD ME THAT THEY ARE GOING TO SEND ME TO MEDIUM SECURITY, BACK TO C-BUILDING, AND I REMEMBER TO MS. LINDA KEMP THAT SHE KNOW IT TOO THAT IS A WIDELY SPREAD IT PLOT TO KILL ME
{ PLEASE TURN THIS FORM TO THE OTHER SIDE }

RECEIVED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AND I REMEMBER TO HER WHAT THEY HAVE DONE TO MYSELF OVER HERE ON PROTECTIVE CUSTODY, AND HOW THE INMATE MR. JHON DOE, STILL ON THIS TIER HARRASSING ME, AND I REMEMBER TO HER HOW SHE AND LT. SEACORD, SAID ON 03/14/2008, WHEN THEY ATEMPTED TO TAKE ME OUT FROM PROTECTIVE CUSTODY THAT THEY WILL SEND ME TO S.C.I. AS YOU KNOW IT TOO ALL ABOUT IT, AND SHE SAID THAT THEY HAVE CLASSIFIED ME TO PROTECTIVE CUSTODY OVER ON S.C.I. AN THAT I NEED TO NAME ALL OF THE INMATES AND STAFF INVOLVED ON THOSE ATEMPTS TO KILL ME A INVOLVED IN ALL OF THE ABUSES AND DAMAGES AGAINST MYSELF, SO I TOLD HER THAT I NEED BOX AND MORE BOXES OF INK PENS AND PAPER TO WROTTE IT DOWN, BUT I TOLD HER THAT I HAVE SOME ORDERS FROM YOUR HONORABLE COURT REGARDING SOME OF THE PEOPLE INVOLVED ON THE LAST ABUSES, AND LT. MR. L. SAVAGE TOLD ME TO SHOW IT TO HIM, SO I TOLD HIM THAT I DON'T LIKE TO SHOW MY LEGAL PAPERWORK TO NOBODY, AND HE SAID DON'T WORRY, THAT LEGAL PAPERWORK NEVER GOING TO MAKE IT OUT OF HERE, SO I SHOWED TO HIM AND HE SAW THE LEGAL RM MENDEZ VS. LINDA KEMP 1:08-cv-244, AND HE TOLD HER HE GOT YOU ON A LAWSUIT AND LINDA KEMP CALLED ME "SON OF A BITCH" JUST LIKE MS. SILVIA FOSTER, MS. DIANNE STAC SHI, MS. SEGAL, MS. JANE DOE, MS. HELEN, MR. CORNISH, MR. DIGGS, AND ALL OF THE OTHER PARTIES THAT YOU AND YOUR HONORABLE COURT ALREADY KNOW IT FROM D.P.C., AS YOU KNOW IT TOO A ABOUT IT, SO I TOLD TO THEM ▇ TO PLEASE MOVE ME TO PROTECTIVE CUSTODY OVER ON TH C-AND D TIER, BECAUSE SHE ALREADY KNOW IT TOO WHAT THEY HAVE DONE TO MYSELF AND STI DOING IT TO MYSELF OVER HERE, ON THIS TIER, AND SHE SAID NO! YOU ARE ON SUPER MAXIMUM SECURITY PROTECTIVE CUSTODY, SO I'M NOT GOING TO MOVE YOU TO PROTECTIVE CUSTODY, KNOWI THAT SHE IS INVOLVED TOO ON SOME OF THE LAST INCIDENTS DONE TO MYSELF, SO I MAS TO THEM ONCE AGAIN, SO YOU ARE NOT GOING TO MOVE ME OUT TO PROTECTIVE CUSTODY, AND SHE SA NOT, SO I TOLD THEM THANK YOU VERY MUCH, AND DON'T FORGETT THAT MR. JHON DOE STI ON THIS TIER FROM THE INCIDENTS ON 06/30/2008, AND SHE AND LT. L. SAVAGE LEFT T ANOTHER CELLS TO TELL TO OTHER INMATES ABOUT IT, SO I'LL BE GLAD TO HEAR FROM YOU SOON A POSSIBLE IF THEY DON'T KILL ME FIRST.

16.- HOW HAVE BEEN INJURED BY THE ACTION OF THE DEFENDANTS # HONORABLE MASTER, AS YOU KNOW IT TOO THIS FORMATION.

17.- ▇ STATE BRIEFLY WHAT YOU WANT THE COURT DO FOR YOU # HONORABLE MASTER AS YOU KNOW IT TOO THIS INFORMATION.

18.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
19.- DATE # 08/13/2008
20.- SIGNATURE # IVAN MENDEZ

{ PLEASE TURN THIS FORM TO PAGE NUMBER ▇  SEVENTEEN }